IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| OCEANOGRAFIA S.A. de C.V., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 10-0174-WS-B |
| | ) | |
| MCDERMOTT GULF OPERATING COMPANY, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the plaintiff's motion to consolidate this case with Civil Action No. 10-588-WS-B. (Doc. 33). The plaintiff filed a parallel motion in that case ("*Adams*"). For the reasons set forth in the Court's order in *Adams*, which is attached to this order, the motion to consolidate is **denied**.

DONE and ORDERED this 11th day of February, 2011.

/s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE